**Dismiss and Opinion Filed October 16, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00580-CV

**VARUGHESE P. JOHN D/B/A/ AMERICAN HOMEBUILDERS OF TEXAS, Appellant**

**V.**

**JAYANTHA K. NANAYAKKARA, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05041**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Miskel

Before the Court is appellant's motion to dismiss this appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Emily Miskel/

230580f.p05                    EMILY MISKEL
                               JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VARUGHESE P. JOHN D/B/A/
AMERICAN HOMEBUILDERS OF
TEXAS, Appellant

No. 05-23-00580-CV    V.

JAYANTHA K. NANAYAKKARA,
Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-05041.
Opinion delivered by Justice Miskel.
Justices Goldstein and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JAYANTHA K. NANAYAKKARA recover his costs of this appeal from appellant VARUGHESE P. JOHN D/B/A/ AMERICAN HOMEBUILDERS OF TEXAS.

Judgment entered this 16th day of October, 2023.